*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                          4:06CR00192-001   SWW

WILLIAM JOSEPH ALLEN

### ORDER

Pending before the Court is defendant's motion to continue the hearing on the government's petition to revoke supervised release previously scheduled for November 15, 2012. The government has no objection to the continuance.

IT IS THEREFORE ORDERED that the motion to continue [doc #88] is **GRANTED** and the hearing is rescheduled for **FRIDAY, JANUARY 4, 2013 AT 10:00 A.M. IN COURTROOM #389.**

Defendant is to continue to be under supervision and is reminded that he shall comply with and abide by all of the conditions of his supervised release. If defendant violates the conditions of his supervised release prior to the date of this scheduled hearing, a revocation hearing may be scheduled immediately.

IT IS SO ORDERED this 8th day of November 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE